# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:23-cr-225 |
| | § § | |
| KYLE KELLY CARTER | § | |

## ORDER ON DR. CARTER'S MOTION TO DISMISS THE INDICTMENT

Before the Court is Defendant Kyle Carter's Motion to Dismiss the Indictment (Dkt. #83). Upon consideration of the motion, relevant filings, and applicable law, the motion is hereby **DENIED**.

IT IS SO ORDERED.
**SIGNED this 14th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

Solo Page