**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 4:23-cr-225 |
| KYLE CARTER | Hon. Amos L. Mazzant, III |
| *Defendant* | |

## VIVATURE, INC.'S NOTICE OF OPPOSITION TO DISCLOSURE OF ITS PRIVILEGED MATERIAL AND PARTIALLY OPPOSED REQUEST FOR DISCLOSURE

TO THE HONORABLE AMOS L. MAZZANT:

Vivature, Inc. ("Vivature"), by and through undersigned counsel, respectfully provides Notice of its Opposition to any attempt by the Government to introduce as evidence in the trial in this matter any document or communication protected by Vivature's attorney-client privilege and/or the attorney work-product doctrine.  Vivature further respectfully requests that the Government be ordered to identify any exhibits it intends to introduce or testimony it intends to elicit in the trial in this matter that would otherwise be protected by Vivature's attorney-client privilege and/or the attorney work-product doctrine so that Vivature may have an opportunity to be heard in order to protect its privilege.

### I.      The Government's Notification of Alleged Waiver.

In the course of an email exchange between the Government and the undersigned counsel regarding since-withdrawn trial subpoenas, the Government indicated for the first time on the night of August 12 that it "understand[s] there is a subject matter waiver with respect to Vivature's privilege as it pertains to the athletic training portion of its business" because of "recent disclosures regarding Matt Lipton."[1]  Given that this occurred in the context of a discussion regarding other

---

[1] *See* Exhibit 1.  The portions of the email exchange referring to other items under discussion between the Government and undersigned counsel have been redacted for this public filing. Mr. Lipton previously served as outside counsel

issues related to Dr. Carter's trial, Vivature can only assume that the Government intends to utilize some documents and/or testimony regarding Mr. Lipton and/or his otherwise protected advice and communications during the present trial.

The undersigned counsel has now responded to the Government three times (August 12,[2] August 13,[3] and August 14[4]) seeking clarifying information from the Government regarding the nature of these alleged disclosures, who made them, how and why those constitute subject-matter waiver by Vivature for its privilege over a portion of its business for a decade-long period (including up to eight (8) years after Mr. Lipton ceased providing services to Vivature), and what use the Government intends to make of these otherwise privileged communications. The Government has failed to provide any response to any of these requests for information.

## II.     Vivature has Neither Intentionally nor Inadvertently Waived its Attorney-Client and/or Attorney Work Product Doctrine Privileges.

As the Eastern District has long recognized, "**subject matter waivers** should be 'construe[d] ... narrowly while accommodating fundamental fairness.'" *DataTreasury Corp. v. Wells Fargo & Co.,* No. 2:06-CV-72 DF, 2009 WL 10679940, at *3 (E.D. Tex. Nov. 13, 2009) (quoting *Hunter v. Copeland*, No. 03–2584, 2004 WL 2472487, at *2 (E.D. La. Nov. 1, 2004) (citing *U.S. v. Skeddle*, 989 F.Supp. 917, 919 (N.D. Ohio 1997))).   Here, despite the Government's vague reference to "recent disclosures" in its August 12, 2024 email, Vivature has neither intentionally nor inadvertently waived its privilege in any respect, let alone regarding any advice Mr. Lipton may have provided from approximately 2014-2016.   Certainly, Vivature is not engaged

---

(including periods as outside general counsel) to Vivature from approximately 2014 through 2016, providing advice on a number of matters, including the athletic training portion of its business.

[2] *See* Exhibit 2.

[3] *See* Exhibit 3.

[4] *See* Exhibit 4.

in a "selective waiver of privilege" that would provide it with an "unfair advantage" necessitating the Court's review under Federal Rule of Evidence 502(a).  *Id.* (citing *Equity Residential v. Kendall Risk Mgmt. Co*., 246 F.R.D. 557, 568 (N.D. Ill. 2007); *Wunderlich–Malec Sys., Inc. v. Eisenmann Corp.*, No. 05–c–04343, 2006 WL 3370700 (N.D. Ill. Nov. 17, 2006)).

### III.    Conclusion

With the trial in this matter ongoing and the Government's failure to respond to Vivature's multiple requests for clarification, Vivature is providing this Notice of Opposition to ensure that Vivature's privilege is protected.   Vivature respectfully requests that the Court order the Government to identify any exhibits it intends to introduce or testimony it intends to elicit in the trial in this matter that would otherwise be protected by Vivature's attorney-client privilege and/or the attorney work-product doctrine.  Vivature further respectfully requests that the Government be ordered to identify such exhibits and/or testimony sufficiently in advance that Vivature may have the opportunity to object and a hearing be held to establish the basis for the Government's alleged waiver.

Dated: July 25, 2024                                      Respectfully submitted,

*/s/ Ryan J. Meyer*
Ryan J. Meyer (Texas Bar No. 24088053)
Katten Muchin Rosenman, LLP
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Tel: (214) 765-3600
Fax: (214) 765-3602
Ryan.meyer@katten.com

*Counsel for Vivature, Inc.*

3

## CERTIFICATE OF CONFERENCE

I attempted to confer with the Government via email regarding the substance of this motion on August 12, 13, and 14, but never received a response. Accordingly, I am marking them as opposed to the relief requested herein.  I conferred with counsel for Dr. Carter on August 13, and they indicated that they are unopposed to the relief requested herein.

/s/ Ryan J. Meyer
Ryan J. Meyer

*Counsel for Vivature, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document on August 15, 2024 via the Court's CM/ECF system, which delivered an electronic copy of this filing to all counsel of record.

/s/ Ryan J. Meyer
Ryan J. Meyer

*Counsel for Vivature, Inc.*

Exhibit 1

**Meyer, Ryan J.**

| | |
|---|---|
| **From:** | Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov> |
| **Sent:** | Monday, August 12, 2024 8:24 PM |
| **To:** | Meyer, Ryan J. |
| **Cc:** | Garcia, Adrian (USATXE); Roque-Jackson, Glenn (USATXE) |
| **Subject:** | RE: Trial Subpoenas - USA v. Carter 4:23CR225 |

*EXTERNAL EMAIL – EXERCISE CAUTION*
*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Ryan – Thanks for your email.  A couple of items and consolidating email chains:

1. ███████████████████████████████████████████████████████

2. ███████████████████████████████████████████████████████████

3. In light of recent disclosures regarding Matt Lipton, we understand there is a subject matter waiver with respect to Vivature's privilege as it pertains to the athletic training portion of its business.

Have a nice evening!

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Sunday, August 11, 2024 7:25 PM
**To:** Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
**Cc:** Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI) ████████████>
**Subject:** [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

████████████████████████████████████████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 11, 2024, at 7:14 PM, Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION

███████████████████████████████████████████████████████████████

Thanks.

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Friday, August 9, 2024 10:16 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>

Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI) ███████████

Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

████████████████████████████████████████████████████████████████████.

Thanks,

Ryan
Sent from my iPhone

On Aug 9, 2024, at 11:08 AM, Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov>> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
██████████████████.

From: Meyer, Ryan J. <ryan.meyer@katten.com<mailto:ryan.meyer@katten.com>>
Sent: Friday, August 9, 2024 9:49 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov<mailto:AVaradarajan@usa.doj.gov>>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov<mailto:AGarcia4@usa.doj.gov>>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov<mailto:GRoque-Jackson@usa.doj.gov>>; Rennie, Jason D. (DL) (FBI) ██████████████████████████

Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

██████████████

████████████████████████████████████████████████████████
████████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 8, 2024, at 5:33 PM, Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> wrote:

Anand,

██████████████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████████████

Thanks,

Ryan

Ryan J. Meyer
Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katt
en.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmai
lto:ryan.meyer@katten.com>>> |
katten.com<https://www.katten.com/<https://protect2.fireeye.com/v1/url?k=cbbd1b1c-af3f10ff-cbba3ff9-
7cc255298462-bb8eb89c9368b291&q=1&e=5260125f-c723-48ce-a0ae-
e32aa7286209&u=https%3A%2F%2Fwww.katten.com%2F<https://protect2.fireeye.com/v1/url?k=f6c758b6-938b31e4-
f6c07c53-74fe48699fa4-3bc1b0356d472d9e&q=1&e=c83ff6cb-6883-413a-b06c-
d838d15c67fb&u=https%3A%2F%2Fwww.katten.com%2F%253Chttps%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3
Fk%3Dcbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291%26q%3D1%26e%3D5260125f-c723-48ce-a0ae-
e32aa7286209%26u%3Dhttps%253A%252F%252Fwww.katten.com%252F>>>

From: Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov%3cmailt
o:Anand.Varadarajan@usdoj.gov>>>
Sent: Wednesday, August 7, 2024 1:05 PM
To: Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@kat
ten.com>>>
Cc: Garcia, Adrian (USATXE)
<Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov%3cmailto:Adrian.Garcia
@usdoj.gov>>>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-
Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov%3cmailto:Glenn.Roque-Jackson@usdoj.gov>>>; Rennie,
Jason D. (DL) (FBI) █████████████████████████ >
Subject: Trial Subpoenas - USA v. Carter 4:23CR225

EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
Hello Ryan – Please see attached for trial subpoenas for testimony from ███████████████  for the upcoming
Carter trial. I am assuming you can accept service for them but if not, please direct us elsewhere. Thanks.

Anand Varadarajan
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Texas
101 East Park Blvd., Ste 500
Plano, TX 75074
██████████████

========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you

are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================

Exhibit 2

**Meyer, Ryan J.**

| | |
|---|---|
| **From:** | Meyer, Ryan J. |
| **Sent:** | Monday, August 12, 2024 10:05 PM |
| **To:** | Varadarajan, Anand (USATXE) |
| **Cc:** | Garcia, Adrian (USATXE); Roque-Jackson, Glenn (USATXE) |
| **Subject:** | RE: Trial Subpoenas - USA v. Carter 4:23CR225 |

Anand,

Thank you, couple of items below:

1. ██████████████████████████████████████████████

2. ███████████████████████████████

3. What disclosures regarding Matt Lipton are you referencing?  And what subject matter waiver do you
   understand there to be regrading Mr. Lipton and the athletic training portion of Vivature's business?

Thanks,

Ryan

**Ryan J. Meyer**
Partner

**Katten**

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

**From:** Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov>
**Sent:** Monday, August 12, 2024 8:24 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Cc:** Garcia, Adrian (USATXE) <Adrian.Garcia@usdoj.gov>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-
Jackson@usdoj.gov>
**Subject:** RE: Trial Subpoenas - USA v. Carter 4:23CR225

*EXTERNAL EMAIL – EXERCISE CAUTION*
*EXTERNAL EMAIL – EXERCISE CAUTION*
Hi Ryan – Thanks for your email.  A couple of items and consolidating email chains:

1. █████████████████████████████████████████

2. ████████████████████████████████████████████

3. In light of recent disclosures regarding Matt Lipton, we understand there is a subject matter waiver with respect
   to Vivature's privilege as it pertains to the athletic training portion of its business.

Have a nice evening!

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Sunday, August 11, 2024 7:25 PM
**To:** Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
**Cc:** Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>;
Rennie, Jason D. (DL) (FBI) ███████████████
**Subject:** [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

███████████████████████████████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 11, 2024, at 7:14 PM, Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
███████████████████████████████████████████████████████

Thanks.

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Friday, August 9, 2024 10:16 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>;
Rennie, Jason D. (DL) (FBI) ███████████████ >
Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

███████████████████████████████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 9, 2024, at 11:08 AM, Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov>> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
█████████████████████

From: Meyer, Ryan J. <ryan.meyer@katten.com<mailto:ryan.meyer@katten.com>>
Sent: Friday, August 9, 2024 9:49 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov<mailto:AVaradarajan@usa.doj.gov>>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov<mailto:AGarcia4@usa.doj.gov>>; Roque-Jackson, Glenn (USATXE)
<GRoque-Jackson@usa.doj.gov<mailto:GRoque-Jackson@usa.doj.gov>>; Rennie, Jason D. (DL) (FBI)
███████████████████████

2

Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

Anand and Adrian,

██████████████████████████████████████████████████████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 8, 2024, at 5:33 PM, Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> wrote:

Anand,

██████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████

Thanks,

Ryan

Ryan J. Meyer
Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> |
katten.com<https://www.katten.com/<https://protect2.fireeye.com/v1/url?k=cbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291&q=1&e=5260125f-c723-48ce-a0ae-e32aa7286209&u=https%3A%2F%2Fwww.katten.com%2F<https://protect2.fireeye.com/v1/url?k=f6c758b6-938b31e4-f6c07c53-74fe48699fa4-3bc1b0356d472d9e&q=1&e=c83ff6cb-6883-413a-b06c-d838d15c67fb&u=https%3A%2F%2Fwww.katten.com%2F%253Chttps%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3Dcbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291%26q%3D1%26e%3D5260125f-c723-48ce-a0ae-e32aa7286209%26u%3Dhttps%253A%252F%252Fwww.katten.com%252F>>>

From: Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov%3cmailto:Anand.Varadarajan@usdoj.gov>>>
Sent: Wednesday, August 7, 2024 1:05 PM
To: Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@kat

ten.com>>>
Cc: Garcia, Adrian (USATXE)
<Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov%3cmailto:Adrian.Garcia
@usdoj.gov>>>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-
Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov%3cmailto:Glenn.Roque-Jackson@usdoj.gov>>>; Rennie,
Jason D. (DL) (FBI) ██████████████████████
Subject: Trial Subpoenas - USA v. Carter 4:23CR225

EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
Hello Ryan – Please see attached for trial subpoenas for testimony from ███████████████████ for the upcoming
Carter trial. I am assuming you can accept service for them but if not, please direct us elsewhere. Thanks.

Anand Varadarajan
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Texas
101 East Park Blvd., Ste 500
Plano, TX 75074
██████████████

========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
========================================================

Exhibit 3

**Meyer, Ryan J.**

| | |
|---|---|
| **From:** | Meyer, Ryan J. |
| **Sent:** | Tuesday, August 13, 2024 10:11 AM |
| **To:** | Varadarajan, Anand (USATXE) |
| **Cc:** | Garcia, Adrian (USATXE); Roque-Jackson, Glenn (USATXE) |
| **Subject:** | Re: Trial Subpoenas - USA v. Carter 4:23CR225 |

Anand, Adrian, and Glenn:

Finally, for the avoidance of doubt after my responses below last night and this morning, Vivature does not agree that there has been any intentional waiver of any of its privileges nor that there has been a subject matter waiver with respect to Matt Lipton and/or the athletic training portion of its business.

Thanks,

Ryan
Sent from my iPhone


> On Aug 13, 2024, at 10:02 AM, Meyer, Ryan J. <ryan.meyer@katten.com> wrote:
>
> Anand,
>
> Just following up on the below because I'm trying to understand what disclosures you think have been made, by whom, and how those constitute a subject matter waiver.
>
> Thanks,
>
> Ryan
> Sent from my iPhone
>
>
>> On Aug 12, 2024, at 10:05 PM, Meyer, Ryan J. <ryan.meyer@katten.com> wrote:
>>
>> Anand,
>>
>> Thank you, couple of items below:
>> 1. 
>>
>> 2. 
>> 3. What disclosures regarding Matt Lipton are you referencing?  And what subject matter waiver do you understand there to be regrading Mr. Lipton and the athletic training portion of Vivature's business?
>>
>> Thanks,
>>
>> Ryan

1

**Ryan J. Meyer**
Partner

## Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov>
**Sent:** Monday, August 12, 2024 8:24 PM
**To:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Cc:** Garcia, Adrian (USATXE) <Adrian.Garcia@usdoj.gov>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov>
**Subject:** RE: Trial Subpoenas - USA v. Carter 4:23CR225

*EXTERNAL EMAIL – EXERCISE CAUTION*
*EXTERNAL EMAIL – EXERCISE CAUTION*

Hi Ryan – Thanks for your email.  A couple of items and consolidating email chains:

1. █████████████████████████████████████████
   █████████████████████

2. █████████████████████████████████████████████
   █████████████████████████

3. In light of recent disclosures regarding Matt Lipton, we understand there is a subject matter waiver with respect to Vivature's privilege as it pertains to the athletic training portion of its business.

Have a nice evening!

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Sunday, August 11, 2024 7:25 PM
**To:** Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
**Cc:** Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI) ███████████████
**Subject:** [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225



Thanks,

Ryan
Sent from my iPhone

On Aug 11, 2024, at 7:14 PM, Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov> wrote:

EXTERNAL EMAIL – EXERCISE CAUTION

EXTERNAL EMAIL – EXERCISE CAUTION

█████████████████████████████████████████████

Thanks.

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Friday, August 9, 2024 10:16 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE)
<GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI) ███████████████
Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

███████████████████████████████

Thanks,

Ryan
Sent from my iPhone

On Aug 9, 2024, at 11:08 AM, Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov>> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
████████████████████

From: Meyer, Ryan J. <ryan.meyer@katten.com<mailto:ryan.meyer@katten.com>>
Sent: Friday, August 9, 2024 9:49 AM
To: Varadarajan, Anand (USATXE)
<AVaradarajan@usa.doj.gov<mailto:AVaradarajan@usa.doj.gov>>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov<mailto:AGarcia4@usa.doj.gov>>;
Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov<mailto:GRoque-
Jackson@usa.doj.gov>>; Rennie, Jason D. (DL) (FBI)
████████████████████████>>
Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

████████████████

████████████████████████████████

████

██

Sent from my iPhone

On Aug 8, 2024, at 5:33 PM, Meyer, Ryan J.

<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> wrote:

Anand,



Thanks,

Ryan

Ryan J. Meyer
Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> |
katten.com<https://www.katten.com/<https://protect2.fireeye.com/v1/url?k=cbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291&q=1&e=5260125f-c723-48ce-a0ae-e32aa7286209&u=https%3A%2F%2Fwww.katten.com%2F<https://protect2.fireeye.com/v1/url?k=f6c758b6-938b31e4-f6c07c53-74fe48699fa4-3bc1b0356d472d9e&q=1&e=c83ff6cb-6883-413a-b06c-d838d15c67fb&u=https%3A%2F%2Fwww.katten.com%2F%253Chttps%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3Dcbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291%26q%3D1%26e%3D5260125f-c723-48ce-a0ae-e32aa7286209%26u%3Dhttps%253A%252F%252Fwww.katten.com%252F>>>

From: Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov%3cmailto:Anand.Varadarajan@usdoj.gov>>>
Sent: Wednesday, August 7, 2024 1:05 PM
To: Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>>
Cc: Garcia, Adrian (USATXE)
<Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov%3cmailto:Adrian.Garcia@usdoj.gov>>>; Roque-Jackson, Glenn (USATXE)
<Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov%3cmailto:Glenn.Roque-Jackson@usdoj.gov>>>; Rennie, Jason D. (DL) (FBI)

████████████████████████

Subject: Trial Subpoenas - USA v. Carter 4:23CR225

EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
Hello Ryan – Please see attached for trial subpoenas for testimony from ████████
████████ for the upcoming Carter trial. I am assuming you can accept service for them
but if not, please direct us elsewhere. Thanks.

Anand Varadarajan
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Texas
101 East Park Blvd., Ste 500
Plano, TX 75074
████████████

===========================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
===========================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

Exhibit 4

**Meyer, Ryan J.**

| | |
|---|---|
| **From:** | Meyer, Ryan J. |
| **Sent:** | Wednesday, August 14, 2024 11:29 AM |
| **To:** | Varadarajan, Anand (USATXE) |
| **Cc:** | Garcia, Adrian (USATXE); Roque-Jackson, Glenn (USATXE) |
| **Subject:** | RE: Trial Subpoenas - USA v. Carter 4:23CR225 |

Anand, Adrian, and Glenn:

With Dr. Carter's trial starting today, please let me know as soon as possible the answers to the questions below.  Namely:

- What disclosures you think have been made implicating Vivature's privilege?
- Who made those disclosures?
- How those disclosures constitute a subject matter waiver "with respect to Vivature's privilege as it pertains to the athletic training portion of its business"?

Since Dr. Carter's trial is starting today and testimony could start as early as this afternoon, if I have not heard back from y'all by this 4 pm this afternoon, I will be forced to file a notice to the Court advising them of Vivature's opposition to any alleged subject matter waiver and requesting the identification of any exhibits you propose to introduce in Dr. Carter's trial where Vivature's privilege was allegedly "waived," and a hearing on the same (if necessary).

Kind regards,

Ryan

**Ryan J. Meyer**
Partner

# Katten

Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com | katten.com

---

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Tuesday, August 13, 2024 10:11 AM
**To:** Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov>
**Cc:** Garcia, Adrian (USATXE) <Adrian.Garcia@usdoj.gov>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov>
**Subject:** Re: Trial Subpoenas - USA v. Carter 4:23CR225

Anand, Adrian, and Glenn:

Finally, for the avoidance of doubt after my responses below last night and this morning, Vivature does not agree that there has been any intentional waiver of any of its privileges nor that there has been a subject matter waiver with respect to Matt Lipton and/or the athletic training portion of its business.

Thanks,

Ryan
Sent from my iPhone

> On Aug 13, 2024, at 10:02 AM, Meyer, Ryan J. <ryan.meyer@katten.com> wrote:
>
>  Anand,
>
> Just following up on the below because I'm trying to understand what disclosures you think have been made, by whom, and how those constitute a subject matter waiver.
>
> Thanks,
>
> Ryan
> Sent from my iPhone
>
>> On Aug 12, 2024, at 10:05 PM, Meyer, Ryan J. <ryan.meyer@katten.com> wrote:
>>
>> Anand,
>>
>> Thank you, couple of items below:
>> 1. ████████████████████████████
>>    ████████████████████████████
>> 2. ████████████████████
>> 3. What disclosures regarding Matt Lipton are you referencing?  And what subject matter waiver do you understand there to be regrading Mr. Lipton and the athletic training portion of Vivature's business?
>>
>> Thanks,
>>
>> Ryan
>> **Ryan J. Meyer**
>> Partner
>>
>> **Katten**
>>
>> Katten Muchin Rosenman LLP
>> 2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
>> direct +1.214.765.3627
>> ryan.meyer@katten.com | katten.com
>>
>> ---
>>
>> **From:** Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov>
>> **Sent:** Monday, August 12, 2024 8:24 PM
>> **To:** Meyer, Ryan J. <ryan.meyer@katten.com>
>> **Cc:** Garcia, Adrian (USATXE) <Adrian.Garcia@usdoj.gov>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov>
>> **Subject:** RE: Trial Subpoenas - USA v. Carter 4:23CR225
>>
>> *EXTERNAL EMAIL – EXERCISE CAUTION*
>> *EXTERNAL EMAIL – EXERCISE CAUTION*
>> Hi Ryan – Thanks for your email.  A couple of items and consolidating email chains:

1. 

2.

3.  In light of recent disclosures regarding Matt Lipton, we understand there is a subject matter waiver with respect to Vivature's privilege as it pertains to the athletic training portion of its business.

Have a nice evening!

**From:** Meyer, Ryan J. <ryan.meyer@katten.com>
**Sent:** Sunday, August 11, 2024 7:25 PM
**To:** Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
**Cc:** Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI)
**Subject:** [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225



Thanks,

Ryan
Sent from my iPhone

On Aug 11, 2024, at 7:14 PM, Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov> wrote:

EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION



Thanks.

From: Meyer, Ryan J. <ryan.meyer@katten.com>
Sent: Friday, August 9, 2024 10:16 AM
To: Varadarajan, Anand (USATXE) <AVaradarajan@usa.doj.gov>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov>; Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov>; Rennie, Jason D. (DL) (FBI)
Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225



Thanks,

Ryan
Sent from my iPhone

On Aug 9, 2024, at 11:08 AM, Varadarajan, Anand (USATXE)
<Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov>> wrote:

 EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
██████████████ .

From: Meyer, Ryan J. <ryan.meyer@katten.com<mailto:ryan.meyer@katten.com>>
Sent: Friday, August 9, 2024 9:49 AM
To: Varadarajan, Anand (USATXE)
<AVaradarajan@usa.doj.gov<mailto:AVaradarajan@usa.doj.gov>>
Cc: Garcia, Adrian (USATXE) <AGarcia4@usa.doj.gov<mailto:AGarcia4@usa.doj.gov>>;
Roque-Jackson, Glenn (USATXE) <GRoque-Jackson@usa.doj.gov<mailto:GRoque-Jackson@usa.doj.gov>>; Rennie, Jason D. (DL) (FBI)
██████████████████
Subject: [EXTERNAL] Re: Trial Subpoenas - USA v. Carter 4:23CR225

Anand and Adrian,



Thanks,

Ryan
Sent from my iPhone

On Aug 8, 2024, at 5:33 PM, Meyer, Ryan J.
<ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> wrote:

Anand,



Thanks,

Ryan

Ryan J. Meyer

Partner
Katten
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100 | Dallas, TX 75201-2591
direct +1.214.765.3627
ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>> |
katten.com<https://www.katten.com/<https://protect2.fireeye.com/v1/url?k=cbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291&q=1&e=5260125f-c723-48ce-a0ae-e32aa7286209&u=https%3A%2F%2Fwww.katten.com%2F<https://protect2.fireeye.com/v1/url?k=f6c758b6-938b31e4-f6c07c53-74fe48699fa4-3bc1b0356d472d9e&q=1&e=c83ff6cb-6883-413a-b06c-d838d15c67fb&u=https%3A%2F%2Fwww.katten.com%2F%253Chttps%3A%2F%2Fprotect2.fireeye.com%2Fv1%2Furl%3Fk%3Dcbbd1b1c-af3f10ff-cbba3ff9-7cc255298462-bb8eb89c9368b291%26q%3D1%26e%3D5260125f-c723-48ce-a0ae-e32aa7286209%26u%3Dhttps%253A%252F%252Fwww.katten.com%252F>>>

From: Varadarajan, Anand (USATXE) <Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov<mailto:Anand.Varadarajan@usdoj.gov%3cmailto:Anand.Varadarajan@usdoj.gov>>>
Sent: Wednesday, August 7, 2024 1:05 PM
To: Meyer, Ryan J. <ryan.meyer@katten.com<mailto:ryan.meyer@katten.com<mailto:ryan.meyer@katten.com%3cmailto:ryan.meyer@katten.com>>>
Cc: Garcia, Adrian (USATXE) <Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov<mailto:Adrian.Garcia@usdoj.gov%3cmailto:Adrian.Garcia@usdoj.gov>>>; Roque-Jackson, Glenn (USATXE) <Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov<mailto:Glenn.Roque-Jackson@usdoj.gov%3cmailto:Glenn.Roque-Jackson@usdoj.gov>>>; Rennie, Jason D. (DL) (FBI) ███████████████████████████████████████████████
███████████
Subject: Trial Subpoenas - USA v. Carter 4:23CR225

EXTERNAL EMAIL – EXERCISE CAUTION
EXTERNAL EMAIL – EXERCISE CAUTION
Hello Ryan – Please see attached for trial subpoenas for testimony from ████████████
████████ for the upcoming Carter trial. I am assuming you can accept service for them but if not, please direct us elsewhere. Thanks.

Anand Varadarajan
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Texas
101 East Park Blvd., Ste 500
Plano, TX 75074
███████████████

5

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
============================================================