IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.  § | Case No. 4:23-CR-225 |
| § | Judge Mazzant |
| KYLE CARTER § | |

### ORDER GRANTING UNITED STATES' MOTIONS IN LIMINE

The Court having considered the United States of America's Motions in Limine and being of the belief that they should be granted, hereby ORDERS that the limine(s) are **GRANTED**.

IT IS SO ORDERED.

**SIGNED this 20th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE