# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § Case No. 4:23-CR-225 |
| v. | § Judge Mazzant |
| | § |
| | § |
| KYLE CARTER | § |

## VERDICT OF THE JURY

### COUNT ONE

As to the offense charged in Count One of the Indictment, we the jury find the Defendant **KYLE CARTER**:

_____                          ____X_____

(Guilty)                                                                  (Not Guilty)

**Please proceed to initial and date this Verdict Form at the bottom of this page.**

Date: 20 Aug 2024                               Foreperson: